**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Steven G. Hurley                  CHAPTER

<u>Debtor(s)</u>

BKY. NO. 22-10191 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2006-FX1, and index same on the master mailing list.

                                               Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
16 Feb 2022, 11:21:34, EST

                       KML Law Group, P.C.
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106-1532
                       (215) 627-1322