# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 22-10191-ELF

STEVEN  G. HURLEY

7 MADISON ROAD

WILLOW GROVE, PA 19090

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  STEVEN  G. HURLEY

  7 MADISON ROAD

  WILLOW GROVE, PA 19090

Counsel for debtor(s), by electronic notice only.

  ALEXANDER MORETSKY
  2617 HUNTINGDON PIKE

  HUNTINGDON VALLEY, PA 19006-

                                            /S/ Kenneth E. West

Date: 3/4/2022                          _____

                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee