


# Broderick Industries

6101 Keystone St., Philadelphia, PA 19135
Phone: 215-409-5771; Fax: 215-335-2680

3/9/22

To whom it may concern  Steven Hurley is an employee for Broderick Industries. He is paid $1,200 a week.

Sincerely, William Broderick