**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                                                              Chapter 13

    STEVEN  G. HURLEY                                        Bankruptcy No. 22-10191-ELF

    7 MADISON ROAD

    WILLOW GROVE, PA 19090



    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    STEVEN  G. HURLEY

    7 MADISON ROAD

    WILLOW GROVE, PA 19090

**Counsel for debtor(s), by electronic notice only.**
    ALEXANDER MORETSKY
    2617 HUNTINGDON PIKE

    HUNTINGDON VALLEY, PA 19006-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 6/16/2022                                                                                                            /s/ Kenneth E. West

                                                                                                                                 _____
                                                                                                                                Kenneth E. West, Esquire
                                                                                                                                Chapter 13 Standing Trustee