# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 22-10191-ELF

STEVEN G. HURLEY

7 MADISON ROAD

WILLOW GROVE, PA 19090

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    STEVEN G. HURLEY

    7 MADISON ROAD

    WILLOW GROVE, PA 19090

Counsel for debtor(s), by electronic notice only.

    ALEXANDER MORETSKY
    2617 HUNTINGDON PIKE

    HUNTINGDON VALLEY, PA 19006-

Date: 12/30/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee